UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY DONN KERR, ET AL. | CIVIL ACTION |
| VERSUS | NO: 13-3194 |
| STATE ATTORNEY GENERAL, ET AL. | SECTION: "A" (3) |

**ORDER AND REASONS**

Before the Court is a **Motion to Dismiss (Rec. Doc. 3)** filed by defendant the Attorney General for the Commonwealth of Virginia ("Virginia AG"). Plaintiffs have not filed an opposition to the motion. The motion, scheduled for submission on September 25, 2013, is before the Court on the briefs without oral argument.

Plaintiffs Jeremy Don Kerr, Ph.D. and Steven Rhea Deloach, M.D. filed this complaint pro se. Kerr alleges that he is the pastor and CEO of the Church of Neuroscience & Neurochemistry L3C a/k/a K&B Organics (Kind & Bright Organics). According to Kerr he has upwards of 1000 parishioners spread across 47 states in his organization. (Complaint at 1-2). Kerr's church is in the business of selling certain chemical substances that are not regulated by federal law at this time. Kerr and Dr. Deloach are developing research protocols to target certain populations such as those who are depressed, suffering with chronic fatigue syndrome, anxiety, sleepnessless, etc. (*Id.* at 2-3). Plaintiffs complain that some states, including Louisiana and Virginia, have banned the substances that Plaintiffs sell. Plaintiffs contend that the Commerce Clause of the United States Constitution precludes individual states from banning substances that the federal government has declined to ban. Plaintiffs have sued the attorney general of several states, including that of the movant state, Virginia.

The Virginia AG moves to dismiss the complaint arguing that the Virginia AG is not

subject to personal jurisdiction in Louisiana and that venue is not proper in this district.

The Virginia AG makes compelling arguments as to both personal jurisdiction and venue. Nothing in the complaint even remotely suggests that the Virginia AG would be subject to jurisdiction in a Louisiana court, or that any claims pertaining to any Virginia laws have a connection to this state. Moreover, the complaint fails to even identify the specific law or regulation in Virginia that Plaintiffs believe to be unconstitutional.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion to Dismiss (Rec. Doc. 3)** filed by the Attorney General for the Commonwealth of Virginia is **GRANTED** and the complaint is **DISMISSED** without prejudice as to this defendant.

September 25, 2013

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE